Jeremy W. Faith, Chapter 7 Trustee
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>SUPERIOR FIRE, INC.,<br><br>　　　　　　　　　　Debtor. | Case No.: 9:18-bk-11448-MB<br><br>Chapter: 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS**<br><br>[11 U.S.C. § 554(a); FRBP 6007; AND LBR 6007-1(a)]<br><br>**NO HEARING REQUIRED** |

**TO ALL INTERESTED PARTIES:**

　　**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), Jeremy W. Faith, Chapter 7 trustee herein (the "Trustee"), intends to abandon to the debtor the estate's interest, if any, in the account's receivables (the "A/R").

　　The Trustee is informed and believes that there is no realizable value in the A/R. As a result, the A/R is burdensome and of inconsequential value to the estate. There, the Trustee believes that the proposed abandonment is in the best interests of the estate and its creditors.

　　Pursuant to Local Bankruptcy Rule 6007-1(c)(1), any objection or request for hearing must be filed with the Court and served on the undersigned not more than 14 days after service of this notice. If no request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have

abandoned any interest in the State Court Action 14 days from the date of mailing this notice, which date is noted below.

DATED: October 9, 2019

*/s/Jeremy W. Faith*
Jeremy W. Faith
Chapter 7 Trustee

MAILING DATE: October 9, 2019

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16030 Ventura Blvd., Suite 470, Encino, CA 91436.

A true and correct copy of the foregoing document entitled **_NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 9, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR CREDITOR: Adam N Barasch     anb@severson.com, cas@severson.com; nye@severson.com
TRUSTEE: Jeremy W. Faith (TR) Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com; Helen@MarguliesFaithLaw.com; leedowding@gmail.com
ATTORNEY FOR CREDITOR: Kenneth Hennesay     khennesay@allenmatkins.com, ncampos@allenmatkins.com
ATTORNEY FOR CREDITOR: Elan S Levey     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
ATTORNEY FOR DEBTOR: Andrew S Mansfield     amansfield@anacapa.email, notice@anacapa.email;mansfieldlaw@ecf.courtdrive.com
ATTORNEY FOR TRUSTEE: Elissa Miller     emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; emillersk@ecf.inforuptcy.com; dwalker@sulmeyerlaw.com
ATTORNEY FOR CREDITOR: Scott H Noskin     snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
ATTORNEY FOR CREDITOR: Larry D. Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 9, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Honorable Martin R. Barash, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367
**DEBTOR:** Superior Fire, Inc., 2945 Los Olivos, Suite 108, Oxnard, CA 93036

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 9, 2019 | Dana Helmuth | /s/ Dana Helmuth |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION
2. TO BE SERVED BY U.S. MAIL:

Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367-2555

2381 Rosecrans Avenue
Patrick Maloney, ESQ  SBN 197844
The Maloney Firm, APC
405
El Segundo, CA 90245-4920

5941 Lakeshore Drive
Cypress, CA 90630-3372

AAAA Test Company
PO Box 62680
Reseda, CA 91335

ACE Funding Source, LLC
640 S San Vicente Blvd
Los Angeles, CA 90048-4654

ACM Computers
1550 James Road
Ventura, CA 93003

ADI
263 Old Country Melville
Melville, New York 11747-0000

ADI - A DIVISION OF HONEYWELL INTERNATIONAL
263 old country road
melville, NY 11747-2712

AGC San Diego
6212 Ferris Square
San Diego, CA 92121-3205

AHERN Rentals
625 The City Drive
P.O. Box 271390
Las Vegas, NV 89127-1390

AMERICAN SCAFFOLD
2655 Garden Ridge Lane
SAN DIEGO, CA 92170

ARGCO
PO Box 3339
Vista, CA 92085-3339

AT&T
1010 PINE 6W-P-02
St. Louis, MO 63101-2015

AV Fire Protection Engineering, Inc
14542 Venturas Blvd., Suite 206
Sherman Oaks, CA 91403-5518

Ace Funding Source LLC
815 Central Avenue
Lawrence, NY 11559-1310

Alan M. Mirman
Mirman Bubman Nahmias
21860 Burbank Blvd, Suite 360
Woodland Hills, CA 91367-7406

Allcable
2940-B Los Olivos
Oxnard, CA 93036-7944

Altus GTS, Inc.
2400 Veterans Memorial Blvd., Suite
Kenner, LA 70062-4715

American Arbitration Assoc.
Western Case Management Center
45 E River Park Place West, Stw 308
Attn: Julie Collins
Fresno, CA 93720-1562

American Contractors Indemnity Company
801 S. Figueroa St., Ste. 700
Los Angeles, CA 90017-2523

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Scissor Lift Inc
9209 Guatemala Ave
Downey, CA 90240-2020

Art Galindo
6340 Mockingbird St.
Suite 108
Ventura, CA 93003-6170

```
Arthor S. Moreau, Esq.              Arthur Galindo, Sr.                 Atlas Performance Industries, Inc
Klinedinst PC                       8925 Noble Ave                      PO Box 5754
501 W Broadway Ste 600              North Hills, CA 91343-5520          Santa Maria, CA 93456-5754
San Diego, CA 92101-3584


B & R Fabrication                   BURBON INC                          Baker Electric Inc
1456 Fleet Ave.                     7312 WALNUT AVE                     1298 Pacific Oaks Place
Ventura, CA 93003-5101              Buena Park, CA 90620-1760           Escondido, CA 92029-2900


Barrows & Company                   Bay Alarm                           Broadway Advance Funding
601 Daily Drive, Suite 203          PO Box 7137                         39 Broadway, Suite 930
Camarillo, CA 93010-5839            San Francisco, CA 94120-7137        New York, NY 10006-3020


C2C Resources, LLC                  CBRE, Inc.                          CED Consolidated Electrical Distributors
56 Perimeter Center East Suite 100  3655 Nobel Drive, Suite 160         PO Box 847124
Atlanta, GA 30346-2214              San Diego, CA 92122-1004            Los Angeles, CA 90084-7124


CNA Surety                          (p)CAINE & WEINER COMPANY           California Choice
151 N. Franklin St.                 12005 FORD ROAD 300                 PO Box 7088
17th Floor                          DALLAS TX 75234-7262                Orange, CA 92863-7088
Chicago, IL 60606-1915


California Dept. of Tax & Fee Administration  Carlsbad Commercial Center  Chase Cardmember Service
Special Ops, MIC: 55                PO Box 26945, Dept. #205            PO Box 6294
PO Box 942879                       Salt Lake City, UT 84126-0945       Carol Stream, IL 60197-6294
Sacramento, CA  94279-0055


Coffman Engineers                   Coffman Engineers, Inc.             Constractors State License Board
16133 Ventura Blvd # 1010           1101 2nd Ave. Suite 400             9821  Business Park Drive
Encino, CA 91436-2421               Seattle, WA 98101-1620              Sacramento, CA 95827-1703


County of Los Angeles               CreditFirst                         Critical Power Electric
Dept. of Public Works               BK-16 / Credit Operations           PO Box 352
PO Box 1460                         PO Box 81410                        Rancho Cucamonga, CA 91739-0352
Alhambra, CA 91802-2460             Cleveland, OH 44181-0410


D Squared Construction LLC          DECISIVE TESTING INC.               DFAS OGC
2116 Arlington Ave                  4735 MYRTLE AVE                     Attn Bryan Whitaker
Los Angeles, CA 90018-1353          San Diego, CA 92105-3532            8899 E 56th Street
                                                                        Indianapolis, IN 46249-1001


DICK MUNNS COMPANY                  DMV                                 Dana Sykulski
11133 WINNERS CIRCLE                PO BOX 942894                       George Sykulski, A PLC
Los Alamitos, CA 90720-2815         Sacramento, CA 94294-0001           PO Box 10426
                                                                        Burbank, CA 91510-0426
```

```
Dana Sykulski, Esq.                 Daniel Fasy                              Davis Reed
PO Box 10426                        1101 2nd Ave. Suite 400                  c/o Gerald Kennedy, Esq.
Burbank, CA 91510-0426              Seattle, WA 98101-3361                   525 B. St., Suite 2200
                                                                             San Diego, CA 92101-4474


De Lage Landen Financial Services, Inc
PO Box 41602
Philadelphia, PA 19101-1602



Diamond A Equipment, LLC            Diamond Enviromental Services            E.J. Harrison & Sons, Inc.
1415 W. Bonanza Rd.                 807 E Mission Road                       PO Box 4009
Las Vegas, NV 89106-3504            San Marco, CA 92069-3002                 Ventura, CA 93007-4009



EDD                                 EPR Recruiting, Inc.                    Eden Galindo
PO Box 826218                       295 Willis Ave., Suite B                 6340 Mockingbird St., Suite 108
Sacramento, CA 94230-6218           Camarillo, CA 93010-8563                 Ventura, CA 93003-6170



Edward Freedman, Esq.               Employment Development Department        Enterprise Rent a Car
4540 Kearny Villa Rd., Suite 209    Bankruptcy Group MIC 92E, PO BOX 826880  600 Corporate Park Drive
San Diego, CA 92123-1586            Sacramento, CA 95814                     Saint Louis, MO 63105-4211



Everest National Insurance Co.      F & D Design                             FLEETCOR TECHNOLOGIES
PO Box 499                          400 Corvair Drive                        16800 GREENSPOINT PARK SUITE 255N
Newark, NJ 07101-0499               Lake Havasu, AZ 86406-7074               HOUSTON, TX 77060-2387



FedEx                               Ferguson Enterprises, Inc.               Ferguson Fire & Fabrication, Inc.
PO BOX 7221                         111 E Buckeye Road Suite 4               111 E Buckeye Road Suite 4
Pasadena, CA 91109-7321             Phoenix, AZ 85004-2725                   Phoenix, AZ 85004-2725



Firestone                           First Insurance Funding                  First National Bank
PO Box 81344                        PO Box 7000                              PO Box 2496
Cleveland, oh 44188-0001            Carol Stream, IL 60197-7000              Omaha, NE 68103-2496



Flood and Peterson                  Franchise Tax Board                      Franchise Tax Board
4687 W 18th St.                     Bankruptcy Section MS A340               PO Box 942857
Greeley, CO 80634-3216              PO BOX 2952                              Sacramento, CA 94257-0001
                                    Sacramento CA 95812-2952



GOLD COAST AMBULANCE                GSO                                      Geske's Hauling Service Inc.
50 SOUTH MAIN STREET SUITE 401      4000 Executive Parkway                   796 Phoenix Ave
Akron, OH 44308-1829                Suite 295                                Ventura, CA 93004-2211
                                    San Ramon, CA 94583-4257
```

Glassdoor
100 Shoreline Highway
Mill Valley, CA 94941-3645

Glendale Fire Department
353 E Chevy Chase Dr
Glendale, CA 91205

Glendale Plumbing & Fire Supply
723 Sonora Ave.
Glendale, CA 91201-2431

Golden State Overnight
PO Box 1907
San Ramon, CA 94583-6907

Gordon & Rees, LLP
Roger Mansukhani, Esq.
633 West 5th St., Suite 5200
Los Angeles, CA 90071-2046

Greg Moore Electric, Inc.
P.O Box 8537
Goleta, CA 93118-8537

H.M PITT LABS, INC.
4901 MORENA BLVD, SUITE 203
San Diego, CA 92117-7316

H.M. Pitt Labs, Inc.
9590 Chesapeake Dr, Ste 5
San Diego, CA 92123-1348

HD Estimating Services, Inc
12724 Gran Bay Parkway West
Suite 410
Jacksonville, FL 32258-9486

Hardcastle Specialties Inc.
PO BOX 42470
Bakersfield, CA 93384-2470

Hensel Phelps / Herzog JV
5777 W. Century Blvd, Suite 310
Attn: Robert Cruz
Los Angeles, CA 90045-5671

Hilti Inc.
PO Box 382002
Pittsburgh, PA 15250-0001

Hydratec
64 Haverhill Road- Route 111
Windham, NH 03087-1596

ICC
3411 Camino Del Sol
Oxnard, CA 93030-8994

Intermedia / Voice Telco Services
825 E. Middlefield Rd.
Mountain View, CA 94043-4025

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jeffrey S. Flashman
McGuinness & Associates
3858 Carson Street
Suite 301
Torrance, CA 90503-6700

Jensen Hughes, Inc.
PO Box 62680
Baltimore, MD 21264-2680

Jessica Garrett, CO
ROICC Travis
191 W. St., Bldg 912
Travis AFB, CA 94535-2513

Joe Lieberman, Esq.
815 Central Ave.
Lawrence, NY 11559-1310

Joel G. Quintero Trust
1749 Grand Ave
Fillmore, CA 93015-9664

Joseph G. McGuinness, Esq.
McGujinness & Associates
3858 Carson ST., Suite 301
Torrance, CA 90503-6700

Joseph L. Whipple, Esq.
Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285-5287

KROEKER INC. DEMO AND RECYCLING
4627 S CHESTNUT AVE
Fresno, CA 93725-9238

Klein Denatale Goldner
4550 California Ave., 2nd Fl.
Bakersfield, CA 93309-7020

Knights Pumping & Portable
1550 James Road
Bakersfield, CA 93308-9749

Lanak & Hanna Attorneys at Law
625 The City Drive South, Ste 190
Orange, CA 92868-4983

Lane Nussbaum
27489 Agoura Rd Ste 102
Agoura Hills, CA 91301-2481

Laura Bell, Esq.
PO Box 1525
Thousand Oaks, CA 91358-0525

Layrite Pipe Water Company
15151 camphor way
Lake Elsinore, CA 92530-7304

| | | |
|---|---|---|
| Los Angeles County<br>MTA<br>One Gateway Plaza<br>Attn: Elke Campbell<br>Los Angeles, CA 90012-3745 | MFP Design, LLC<br>3356 E Vallejo Ct<br>Gilbert, AZ 85298-8978 | MODSPACE<br>12603 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693-0001 |
| Main Electric<br>1700 Morse Avenue<br>Ventura, CA 93003-5116 | Mainspring Consulting, LLC<br>2655 Garden Ridge Lane<br>Arlinton, TX 76006-4030 | Mark Coffin, Esq.<br>21 E. Carrillo St., Suite 240<br>Santa Barbara, CA 93101-7219 |
| Mark T. Coffin, Esq.<br>21 E. Carrillo St., Sutie 240<br>Santa Barbara, CA 93101-7200 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | Metro Express Lanes<br>PO Box 3339<br>Gardena, CA 90247-7039 |
| Mid-State Container Sales, Inc<br>PO Box 1248<br>Nipomo, CA 93444-1248 | Milspec Industries<br>5825 South Greenwood Ave.<br>Los Angeles, CA 90040-3846 | Minimax<br>2333 International St.<br>Columbus, OH 43228-4622 |
| Mission Linen Supply<br>725 East Montecito St<br>Santa Barbara, CA 93103-3237 | Mobile Mini<br>4646 E. Van Buren St. Suite 400<br>Phoenix, AZ 85008-6927 | Myer Law<br>100 W. Arrellaga St.<br>Santa Barbara, CA 93101-2916 |
| NCB Reprographic<br>2382 Camino Vida Roble, Suite F<br>Carlsbad, CA 92011-1508 | NORTHERN SAFTEY & INDUSTRIAL<br>PO BOX 4250<br>Utica, NY 13504-4250 | National Automatic Sprinkler Indust<br>c/o O'Donoghue & O'Donochue LL<br>5301 Wisconsin Ave. NW<br>Suite 800<br>Washington, DC 20015-2000 |
| Nowell Lantz, Esq.<br>Finch Thornton Baird<br>4747 Executive Dr., Suite 700<br>San Diego, CA 92121-3107 | Nystrom<br>PO BOX 1450<br>Minneapolis, MN 55485-1450 | OSL Construction, Inc.<br>9240 Old Redwood Hyw, Suite 200<br>Windsor, CA 95492-9349 |
| PIRS Capital<br>40 Exchange Pl<br>New York, NY 10005-2701 | PROFESSIONAL CONTRACTOR SUPPLY<br>4170 W. Harmon #4<br>Las Vegas, NV 89103-5339 | Pace Supply<br>PO Box 6407<br>Rohnert Park, CA 94927-6407 |
| Panoramic Construction<br>2209 Farrington Drive<br>El Cajon, CA 92020-1075 | Patrick Maloney<br>2381 Rosecrans Avenue<br>405<br>El Segundo, CA 90245-4920 | |
| Patriot Fire Systems LLC<br>19640 E Emperor Blvd.<br>Queen Creek, AZ 85142-8730 | Penhall Company<br>PO Box 842911<br>Los Angeles, CA 90084-2911 | Penn Air<br>5941 Lakeshore Drive<br>Cypress, CA 90630-3372 |

| | | |
|---|---|---|
| Performance Contracting Inc<br>1822 Main St Ste A<br>San Diego, CA 92113-2128 | Pitney Bowes<br>PO Box 371896<br>Pittsburg, PA 15250-7896 | Pitney Bowes Purchase Power<br>PO BOX 371874<br>Pittsburgh, PA 15250-7874 |
| PlanetMagpie<br>c/o Doreyne Douglas<br>2762 Bayview Drive<br>Fremont, CA 94538-6518 | Prava Construction Services, Inc.<br>Attn: Glenn Torrez, CEO/President<br>344 N. Vinewood St.<br>Escondido, CA 92029-1337 | Preferred Bonding<br>1800 McCollum<br>Los Angeles, CA 90026-1473 |
| Property Building Maintenance<br>1725 so Escondido BLVD SUITE A<br>Escondido, CA 92025-6546 | Property Reserve, Inc.<br>Asset Management<br>51 S. Main St., Suite 301<br>Salt Lake City, UT 84111-7512 | Prosperous Law Group APC<br>3692 Katella Avenue, Suite B<br>Los Alamitos, CA 90720-3125 |
| Pyro-Comm Systems, Inc<br>15531 Container Lane<br>Huntington Beach, CA 92649-1530 | Quest Diagnostics<br>PO Box 740987<br>Cincinnati, OH 45274-0987 | |
| Quinn Group Inc.<br>10006 Rose Hills Road<br>Industry, CA 90601-1702 | R.J. Safety Co., Inc.<br>7320 Convoy Ct<br>San Diego, CA 92111-1110 | RETIREMENT SYSTEMS OF CALIFORNIA<br>PO BOX 989<br>Plymouth, IN 46563-0989 |
| Red Hawk Fire & Security (CA), LLC<br>McGuinness & Associates<br>3858 Carson Street<br>Suite 301<br>Torrance, CA 90503-6700 | Red Wave Comm, Inc<br>3582 W Holland Ave Ste 101<br>Fresno, CA 93722-7807 | Reliable Automatic Sprinkler Co.<br>PO Box 28095<br>NY, NY 10087-8095 |
| Response Fire Supply, Inc<br>2040 Yale St. Suite D<br>Santa Ana, CA 92704-3923 | Rexford Industrial Realty, L.P.<br>Seagate Park<br>Attention Debbie Block<br>2400 Celsius Ave., Suite G<br>Oxnard, CA 93030-5160 | Rexford Industrial Realty, LP<br>PO Box 740028<br>Los Angeles, CA 90074-0028 |
| Ridgecrest Septic Service<br>667 S Richmond Rd #E<br>Ridgecrest, CA 93555-8216 | Rober Baskin, Esq.<br>1849 Knoll Drive<br>Ventura, CA 93003-7321 | Robert Derryberry, Esq.<br>Derryberry & Associates LLP<br>41240 11th St W, Ste A<br>Palmdale, CA 93551-1448 |
| SCST INC<br>6280 Riverdale St<br>San Diego, CA 92120-3308 | Samantha Michaud<br>13 Stanislaus Ave.<br>Ventura, CA 93004-1147 | San Diego Unified School District<br>4860 Ruffner St.<br>San Diego, CA 92111-1522 |
| Sierra Safety Services<br>1070 Matson Dr<br>Auburn, CA 95603-3010 | Smart Management and Related Train.<br>9455 Ridgehaven Ct., Suite 100<br>San Diego, CA 92123-1647 | Smart Safety Group<br>9455 Ridgehaven Court, Suite C<br>San Diego, CA 92123-1647 |

```
Soltek Pacific Construction         Southern California Edison          Southern California Edison (SCE)
2424 Congress St # A                1551 W. San Bernardino Road          PO Box 300
San Diego, CA 92110-2819            Covina, CA 91722-3407                Rosemead, CA 91770-0300


Spectrum Business                   Sprinkler Fitters Local Union 669    Sprinkler Fitters U.A. Local 709
PO Box 60074                        7050 Oakland Mills Rd.               12140 Rivera Rd
City of Industry, CA 91716-0074     Suite 200                            Whittier, CA 90606-2602
                                    Columbia, MD 21046-2194


State of California                 Steven Enterprises, Inc.             Stewart Fire Protection Design
Employment Development              PO BOX 16307                         7764 Eisenhower St.
P.O. Box 989061                     Irvine, CA 92623-6307                Ventura, CA 93003-2477
Sacramento, CA 94230-0001


Straight Edge Fire Protection       Sunbelt Rentals
953 Mission Ave.                    PO Box 409211
Chula Vista, CA 91911-2401          Atlanta, GA 30384-9211


Swinerton                           System Analysis Services Inc.        T-Squared Professional Engineers, Inc
865 South Figueroa St., Suite 3000  335 Auburn Street                    1340 Specialty Drive, Suite E
Attn:  William Gray                 Auburndale, MA 02466-1908            Vista, CA 92081-8566
Los Angeles, CA 90017-3009


TAMASH CONTRACT SERVICES            TLI Construction Inc.                The Brown Company
328 S MAIN STREET                   PO Box 71074                         28847 Mack Street
Bellefontaine, OH 43311-1720        Riverside, CA 92513-1074             Hayward, CA 94545-1215


The Grady Firm                      Thrifty Telephone Answering Service  Todd Wolfe, Esq.
8383 Wilshire Blvd, Suite 800       14338 Victory Blvd                   16255 Ventura Blvd, Ste 625
Beverly Hills, CA 90211-2440        Van Nuys, CA 91401-1982              Encino, CA 91436-2307


Tom Malley Corp. dba Trench Shoring Toro Enterprises, Inc.               Tory Christensen, Esq.
2381 Rosecrans Avenue               2101 E. Ventura Boulevard            Property Reserve
405                                 Oxnard, California 93036-8951        Kirton McConkie
El Segundo, CA 90245-4920                                                50 E. South Temple #400
                                                                         Salt Lake City, UT 84111-1023


(p)TOYOTA MOTOR CREDIT CORPORATION  Tran & Company Prosperous Law Group  Travelers
PO BOX 8026                         3692 Katella Ave, Suite B            10 Sentry Parkway, Suite 300
CEDAR RAPIDS IA 52408-8026          Los Alamitos, CA 90720-3125          Attn: Trisha Cruz
                                                                         Blue Bell, PA 19422-2331


Travelers Casualty and Surety Company  (p)TRENCH SHORING COMPANY         U.S. Bank NA dba Elan Financial Services
PO Box 660317                       206 N CENTRAL AVENUE                 Bankruptcy Department
Dallas, TX 75266-0317               COMPTON CA 90220-1463                PO Box 108
                                                                         St. Louis MO 63166-0108
```

| | | |
|---|---|---|
| U.S. HEALTHWORKS<br>PO BOX 50042<br>Los Angeles, CA 90074-0042 | UNITED RENTALS<br>3665 Market Street<br>Ventura, CA 93003-5107 | UPS<br>PO BOX 1012<br>HORSHAM, PA 19044-8012 |
| United Rentals, (North America), Inc.<br>Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe, AZ 85285-5287 | United States Department of Defense<br>DFAS OGC - ATTN: Bryan Whitaker<br>8899 E. 56th Street<br>Indianapolis IN 46249-1001 | |
| VICTAULIC<br>PO BOX 31<br>EASTON, PA 18044-0031 | VITAL COMMUNICATIONS<br>6461 Westwood St<br>Moorpark, CA 93021-1327 | Veltre Engineering Inc.<br>2899 Dickens St, Unit C-01<br>San Diego, CA 92106-2700 |
| Ventura Eye Institute, Inc.<br>3801 Las Posas Road Suite 112<br>Camarillo, CA 93010-1477 | Ventura Urgent Care Center<br>5725 Ralston St suite 101<br>Ventura, CA 93003-6053 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Viking Commercial Consturction, Inc<br>3150 Pio Pico Dr #100<br>Carlsbad, CA 92008-1951 | WageWorks<br>1100 Park Pl<br>San Mateo, CA 94403-1599 | Wells Fargo Dealer Service<br>PO Box 25341<br>Santa Ana, CA 92799-5341 |
| West Coast Fire Stopping<br>1130 West Trenton Ave<br>Orange, CA 92867-3536 | Western Surety Company<br>333 S. Wabash Ave<br>Chicago, IL 60604-4107 | Western Surety Company<br>c/o CNA Surety Attn: R. Celler<br>151 N. Franklin Street 17th Floor<br>Chicago, IL 60606-1915 |
| Williams Scotsman<br>34948 Gazelle Court<br>Bakersfield, CA 93308-9618 | (p)WILLIAMS SCOTSMAN<br>ATTN ATTN BANKRUPTCY<br>901 S BOND STREET<br>SUITE 600<br>BALTIMORE MD 21231-3348 | Yarbrough World Solutions, LLC<br>24654 N. Lake Pleasant Pkwy<br>#103-276<br>Peoria, AZ 85383-1359 |
| Yellowstone Capital West, LLC<br>30 Broad Street<br>14th Floor, Suite 1462<br>New York, NY 10004-2304 | | |