| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andrew S. Mansfield 174556**<br>**1650 E. Gonzales Rd. No. 312**<br>**Oxnard, CA 93036**<br>**805-642-6406 Fax: 805-642-4648**<br>**174556 CA**<br>**amansfield@anacapa.email** | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Superior Fire, Inc.**<br><br><br><br><br><br>Debtor(s) | CASE NO.: **9:18-bk-11448-MB**<br><br>CHAPTER: **7**<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **October 18, 2019**

*/s/ Art Galindo*
**Art Galindo, President, Superior Fire, Inc.**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　F 1007-1.1.AMENDED.SUMMARY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1650 E Gonzales Rd., No. 312**
**Oxnard, CA 93036**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/19/2019** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Adam N Barasch  anb@severson.com, cas@severson.com;nye@severson.com
- Jeremy W. Faith (TR)  Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
- Kenneth Hennesay  khennesay@allenmatkins.com, ncampos@allenmatkins.com
- Elan S Levey  elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Andrew S Mansfield  amansfield@anacapa.email, notice@anacapa.email;mansfieldlaw@ecf.courtdrive.com
- Elissa Miller  emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;emillersk@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com
- Scott H Noskin  snoskin@mbnlawyers.com, aacosta@mbnlawyers.com
- United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov
- Larry D Webb  Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **10/18/2019** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Grobstein Teeple LLP, 6300 Canoga Avenue Suite 1500W Woodland Hills, CA 91367

Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    F 1007-1.1.AMENDED.SUMMARY

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 19, 2019 Andrew S. Mansfield 174556** | **/s/ Andrew S. Mansfield** |
|---|---|
| *Date          Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

Debtor name: **Superior Fire, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **9:18-bk-11448-MB**

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Pacific Western Bank | Business Checking | 4769 | $0.00 |
| 3.2. | Checking Rabo Bank P/R Account | Checking | | $0.00 |
| 3.3. | Checking Rabo Bank 2082 | Checking | 2082 | $40,000.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**    $40,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. Security deposit with Rexford Industrial Realty, L.P. for Oxnard lease location.    $8,312.00

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

| Debtor | Superior Fire, Inc. | Case number (If known) | 9:18-bk-11448 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.2. | Security deposit with Property Reserve, Inc. for Carlsbad lease location. | $1,687.00 |
| 7.3. | Deposits from customers held by debtor. | $2,500.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**    $12,499.00
Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    983,662.00    −    31,080.00    = ....    $952,582.00
face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**    $952,582.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | Superior Fire, Inc. | Case number (If known) | 9:18-bk-11448 |
|---|---|---|---|
| | Name | | |

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    Computer and office equipment.        $0.00    Liquidation        $66,991.00

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**        $66,991.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 2015 GMC Sierra | $0.00 | Liquidation | $27,000.00 |
| 47.2. | 2017 Lexus | $0.00 | Liquidation | $14,719.00 |
| 47.3. | 2014 Chevrolet Silverado 109,684 miles | $0.00 | Liquidation | $29,198.00 |
| 47.4. | 2016 GMC Sierra 90,292 miles | $0.00 | Liquidation | $29,151.00 |
| 47.5. | 2011 Kia Soul 105,792 miles | $0.00 | Liquidation | $14,316.00 |
| 47.6. | Ford Transit Van T-250 | $0.00 | Liquidation | $22,572.00 |
| 47.7. | Ford Transit Van T-250 | $0.00 | Liquidation | $22,072.00 |
| 47.8. | 2017 Lexus RX 330 17,024 miles | $0.00 | Liquidation | $66,602.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | Superior Fire, Inc. | Case number *(If known)* 9:18-bk-11448 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>Machinery and equipment. See attached inventory list. | $0.00 | Liquidation | $415,051.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $640,681.00 |
| 52. | Is a depreciation schedule available for any of the property listed in Part 8?<br>☑ No<br>☐ Yes | |
| 53. | Has any of the property listed in Part 8 been appraised by a professional within the last year?<br>☑ No<br>☐ Yes | |

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Equipment F35 in Lemoore Ca and Adams School in San Diego.** | Withholding property of Debtor | $0.00 | | $0.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $0.00 |
| 57. | Is a depreciation schedule available for any of the property listed in Part 9?<br>☑ No<br>☐ Yes | |
| 58. | Has any of the property listed in Part 9 been appraised by a professional within the last year?<br>☑ No<br>☐ Yes | |

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| Debtor | Superior Fire, Inc. | | Case number *(If known)* 9:18-bk-11448 |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| | Autodesk Software Licenses - Expired | $0.00 | Liquidation | $0.00 |
| | 4click Software Licenses - Expired | $0.00 | Liquidation | $0.00 |
| | ProCore Software - Expired | $0.00 | Liquidation | $0.00 |
| 65. | Goodwill | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | Traveler's General Liability Policy in Effect | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| Debtor | Superior Fire, Inc. | Case number (If known) | 9:18-bk-11448 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| Contract claim against Davis/Reed and a lien release bond claim against Liberty Mutual Insurance. Former trial counsel for th debtor: Ray Meyer, Esq. at Meyer Law, 100 W Arrellaga St, Santa Barbara, CA 93101. (805) 962-0083. Counsel requests that the Trustee contact him so that the Trustee might quickly see case the through negotiated settlement substantially in place. | | $30,000.00 |
| Nature of claim | Damages | |
| Amount requested | $30,000.00 | |
| | | |
| **Yarbouro World Solutions and Smart Safety** | | $0.00 |
| Nature of claim | Breach | |
| Amount requested | $5,000,000.00 | |
| | | |
| **Claim against Safety Management & Rlated Training, Inc.; and its affiliates and assigns.** | | $0.00 |
| Nature of claim | | |
| Amount requested | $0.00 | |

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
**Superior Fire Inc. vs. Red Hawk Fire and Security CA LLC; Case No. 56-2018-00510445-CU-BC-VTA**   $0.00

| Nature of claim | Cross-Complaint |
|---|---|
| Amount requested | $0.00 |

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership
**Loan payments to Eden Galindo that Debtor believes constitute preferential payment within one year of filing. Loan was for $40,000. $10,000 paid back in one year prior to filing.**   $10,000.00

**Loan payments to Arthur Galindo, Sr. that Debtor believes constitute preferential payment within one year. Loan was for $280,000. $110,400 was paid back within year prior to filing.**   $110,400.00

78. **Total of Part 11.**   $150,400.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Superior Fire, Inc.**    Case number *(If known)* 9:18-bk-11448
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,499.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $952,582.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $66,991.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $640,681.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $150,400.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,863,153.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,863,153.00 |